UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STONEY GLENN,

      Plaintiff,

v.                                                                          Case No. 3:21cv1014-LC-HTC

NURSE JORDAN, et al.,

      Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 20, 2021 (ECF No. 2), recommending this case be dismissed with prejudice as Plaintiff's claims are barred by the four-year statute of limitations and because Plaintiff failed to truthfully disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 2) is adopted and incorporated by reference in this order.

2.    This case is DISMISSED WITH PREJUDICE as malicious for Plaintiff's abuse of the judicial process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and, also, as barred by the statute of limitations.

3.    The clerk of court is directed to close this case.

**DONE AND ORDERED** this 4th day of October, 2021.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**